BEFORE THE THIRD DIVISION, NOVEMBER 2, 1959

No. 63475.—Cresca Co., Inc., et al. v. United States, protests 58/8641, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of Cresca Co., Inc. v. United States (38 Cust. Ct. 211, C.D. 1864), the claim of the plaintiffs was sustained.

No. 63476.—Western Dairy Products, Inc. v. United States, protest 58/7500(A) (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

No. 63477.—James St. L. O'Toole v. United States, protest 59/836 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

No. 63478.—Amco Shippers, Inc. v. United States, protest 59/847 (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, NOVEMBER 4, 1959

No. 63479.—Burleigh Brooks, Inc. v. United States, protest 296374–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in Manca, Inc. v. United States (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.